**Order entered May 18, 2015**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-01476-CV

### IN THE INTEREST OF H.D.V.,JR. AND B.V., CHILDREN

**On Appeal from the 302nd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. 10-04711**

## ORDER

We **GRANT** the May 13, 2015 motion of Elizabeth Neve Griffin, Official Court Reporter for the 302nd Judicial District Court, for an extension of time to file the reporter's record.  The reporter's record shall be filed by **JUNE 15, 2015**.


/s/     ELIZABETH LANG-MIERS
        JUSTICE